Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
Malcolm E. Clayton (State Bar No. 340680)
mclayton@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
FRANCISCO ZULETA on behalf of himself and others similarly situated.

(Additional Counsel on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GOMEZ, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation, et al.,<br><br>      Defendants. | Case No. 2:21-CV-01053-GW-AFM<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS**<br><br>Date: June 2, 2025<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Before Hon. George H. Wu, United States District Judge |
**NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS**

1  Ronald W. Makarem, Esq. (SBN 180442)
   makarem@law-rm.com
2  Daniel J. Bass, Esq. (SBN 287466)
   bass@law-rm.com
3  **MAKAREM & ASSOCIATES, APLC**
4  11601 Wilshire Boulevard, Suite 2440
   Los Angeles, California, 90025-1760
5  Telephone: (310) 312-0299
   Facsimile: (310) 312-0296
6  Attorneys for Plaintiff ALEXIS GOMEZ

7  Ramin R. Younessi, Esq. (SBN 175020)
   ryounessi@younessilaw.com
8  Samantha L. Ortiz, Esq. (SBN 312503)
   sortiz@younessilaw.com
9  **LAW OFFICES OF RAMIN R. YOUNESSI**
   **A PROFESSIONAL LAW CORPORATION**
10 3435 Wilshire Boulevard, Suite 2200
   Los Angeles, California 90010
11 Telephone: (213) 480-6200
   Facsimile: (213) 480-6201
12 Attorneys for Plaintiff MARIO GONZALEZ and
13  VIVIAN Y. RAMOS VALDERRAMA

14 Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@calljustice.com*
15 Joanna Ghosh (Cal. State Bar No. 272479)
   *joanna@calljustice.com*
16 Vartan Madoyan (Cal. State Bar No. 279015)
   *vartan@calljustice.com*
17 **LAWYERS *for* JUSTICE, PC**
18 450 North Brand Blvd. Suite 900
   Glendale, California 91203
19 Telephone: (818) 265-1020
   Facsimile:   (818) 265-1021
20 Attorneys for Plaintiffs RONELLE SILAS and
   DOMINIQUE GONZALES

---

**NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS**

2

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiffs Alexis Gomez, Mario Gonzalez, Vivian Y. Ramos Valderrama, Ronelle Silas, Dominique Gonzales, and Francisco Zuleta ("Plaintiffs") hereby give Notice that on June 2, 2025 at 8:30 a.m., in Courtroom 9D of the United States Courthouse located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiffs will move for the first time, and hereby do move the Court to enter the concurrently filed [Proposed] Order seeking the following:

(1) Granting preliminary approval of the proposed class action and PAGA settlement, including the amount of the settlement; the amount and methodology pertaining to distributions to the class; the procedure for giving notice to class members; the procedure for allowing class members to opt out of the settlement; the procedure for submitting claims; and the amounts allocated to incentive payments, attorney fees and costs, and administrative costs;

(2) Provisionally certifying the proposed Class for settlement purposes only;

(3) Approving the form and content of the class notice and directing the distribution of the class notice;

(4) Appointing Makarem & Associates, APLC, Lawyers *for* Justice, PC, Law Offices of Ramin Younessi APLC, Lavi & Ebrahimian, LLP, and Law Offices of Sahag Majarian II as Class Counsel and named Plaintiffs Alexis Gomez, Mario Gonzalez, Vivian Y. Ramos Valderrama, Ronelle Silas, Dominique Gonzales, and Francisco Zuleta as Class Representatives;

(5) Appointing CPT Group, Inc., as claims administrator; and

(6) Setting a Final Approval Hearing and hearing on Class Counsel's Attorney Fees and Cost award and Class Representative Services Award for Monday, November 3, 2025[1], or as soon thereafter as is acceptable and convenient to the Court.

---

[1] A Monday, November 13, 2025, hearing date or later accommodates the following: (1) 30 days from order granting approval to provide Class Data (Clayton Decl. Ex. 1 §

NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS

3

As part of Plaintiffs' motion, Plaintiffs specifically seeks preliminary approval of the requested Attorney Fees and Costs pursuant to Federal Rules of Civil Procedure Rule 23(h) and 54(d)(2) to provide the Class Members notice of the basis of Plaintiff's request for attorneys' fees and costs. *Mercury Interactive Corp. Sec. Litig. v. Mercury Interactive Corp.,* 618 F.3d 988, 993-995 (9th Cir. 2010).

Plaintiffs' motion is based on this Notice, the stipulation for settlement, memorandum of points and authorities; Declarations of counsel Daniel Bass, Malcolm Clayton, Vartan Madoyan, and Samantha Ortiz; and Declarations of plaintiffs Alexis Gomez, Dominique Gonzales, Mario Gonzalez, Ronelle Silas, Vivian Y. Ramos Valderrama, and Francisco Zuleta concurrently filed herewith; all other pleadings and papers on file in this action; and any other argument or other matter that may be considered by the Court.

Dated: May 21, 2025

Respectfully submitted,

**LAVI & EBRAHIMIAN, LLP**

By: /s/ *Malcolm Clayton*
　　Joseph Lavi, Esq.
　　Jordan D. Bello, Esq.
　　Malcolm E. Clayton, Esq.
　　Attorneys for PLAINTIFF
　　Francisco Zuleta and Other Class Members

---

III.E.3.a); (2) 21 days from receipt of data to mail notice (Clayton Decl. Ex. 1 § III.3.b.; (3) 45 days after mailing to object, dispute, or request exclusion (Clayton Decl. Ex. 1 § III.E.4.a., b., & c.); (4) additional 20 days to object/dispute/exclude for remailed Class Notice (*id.*); (5) 10 days from last day to dispute for administrator to provide a declaration; (6) 28 days' notice of motion per C.D. Cal. Civ. R. 6-1.

**NOTICE AND MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS**
4