UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-1053-GW-AFMx | Date | June 16, 2025 |
| Title | *Alexis Gomez v. Rapid Pasadena Services, LLC, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel Bass | Brian D. Fahy |
| Fumio R. Nakahir | Yitz E. Weiss |
| Malcolm E. Clayton | |

**PROCEEDINGS:** PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS [128]

The Court's Tentative Ruling Following Supplemental Briefing on Plaintiffs' Motion [128] was issued on June 13, 2025 [135]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court PRELIMINARY CERTIFIES the proposed class for purposes of settlement, APPOINTS Alexis Gomez, Mario Gonzalez, Vivian Ramos Valderrama, Ronelle Silas, Dominique Gonzales and Francisco Zuleta as Class Representatives, APPOINTS Lavi & Ebrahimian, LLP, Law Offices of Sahag Majarian II, Law Offices of Ramin Younessi APLC, Lawyers for Justice, P.C., and Makarem and Associates as Class Counsel, and GRANTS the Motion for preliminary approval. Separate Order to issue.

| | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |