1  Ramin R. Younessi, Esq. (SBN 175020).
   ryounessi@younessilaw.com
2  Samantha L. Ortiz, Esq. (SBN 312503)
   sortiz@younessilaw.com
3  **LAW OFFICES OF RAMIN R. YOUNESSI**
4  **A PROFESSIONAL LAW CORPORATION**
   3435 Wilshire Boulevard, Suite 2200
5  Los Angeles, California 90010
   Telephone: (213) 480-6200
6
   Attorneys for Plaintiff MARIO GONZALEZ
7  and Plaintiff VIVIAN Y. RAMOS VALDERRAMA
8
   (*Additional Counsel on following page*)
9

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  ALEXIS GOMEZ, MARIO GONZALEZ, | Case No. CV 21-1053-GW-AJRx
    VIVIAN R. RAMOS VALDERRAMA,
14  RONELLE SILAS, DOMINIQUE        | **ORDER GRANTING MOTION TO**
    GONZALES, and FRANCISCO ZULETA, | **AMEND PRELIMINARY**
15  on behalf of themselves and all others | **APPROVAL ORDER**
    similarly situated,
16
                Plaintiffs,
17                                          Before Hon. George H. Wu, United
         v.                                 States District Judge
18                                          Courtroom: 9D

19  AMAZON.COM SERVICES, INC., a
    Delaware Corporation; AMAZON.COM,
20  INC., an entity of unknown form; RAPID
    PASADENA SERVICES, LLC, a
21  California Limited Liability Company;
    RAPID SAMEDAY LOGISTICS, LLC, a
22  California limited liability company; and
    DOES 1 through 20, inclusive,
23
                Defendants.
24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO AMEND PRELIMINARY APPROVAL ORDER

| | |
|---|---|
| 1 | Ronald W. Makarem, Esq. (SBN 180442) |
| | makarem@law-rm.com |
| 2 | Daniel J. Bass, Esq. (SBN 287466) |
| | bass@law-rm.com |
| 3 | **MAKAREM & ASSOCIATES, APLC** |
| | 11601 Wilshire Boulevard, Suite 2440 |
| 4 | Los Angeles, California, 90025-1760 |
| | Telephone: (310) 312-0299 |
| 5 | |
| 6 | Attorneys for Plaintiff ALEXIS GOMEZ |
| 7 | Joseph Lavi, Esq. (State Bar No. 209776) |
| | jlavi@lelawfirm.com |
| 8 | Jordan D. Bello, Esq. (State Bar No. 243190) |
| | jbello@lelawfirm.com |
| 9 | Malcolm E. Clayton, Esq. (State Bar No. 340680) |
| | **LAVI & EBRAHIMIAN, LLP** |
| 10 | 8889 W. Olympic Blvd., Suite 200 |
| | Beverly Hills, California 90211 |
| 11 | Telephone: (310) 432-0000 |
| 12 | |
| 13 | Sahag Majarian II, Esq. (State Bar No. 146621) |
| | sahagii@aol.com |
| 14 | **Law Offices of Sahag Majarian II** |
| | 18250 Ventura Boulevard |
| 15 | Tarzana, California 91356 |
| | Telephone: (818) 609-0807 |
| 16 | Attorneys for Plaintiff FRANCISCO ZULETA |
| 17 | |
| 18 | Edwin Aiwazian (Cal. State Bar No. 232943) |
| | edwin@calljustice.com |
| 19 | Joanna Ghosh (Cal. State Bar No. 272479) |
| | joanna@calljustice.com |
| 20 | Vartan Madoyan (Cal. State Bar No. 279015) |
| | vartan@calljustice.com |
| 21 | **LAWYERS *for* JUSTICE, PC** |
| | 450 North Brand Blvd., Suite 900 |
| 22 | Glendale, California 91203 |
| | Telephone: (818) 265-1020 |
| 23 | |
| 24 | Attorneys for Plaintiff RONELLE SILAS |
| | Attorneys for Plaintiff DOMINIQUE GONZALES |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

[PROPOSED] ORDER GRANTING MOTION TO AMEND PRELIMINARY APPROVAL ORDER

1

1  Jonathon Kaplan (SBN 150838)
   kaplan@kaplanweiss.com
2  Yitz E. Weiss (SBN 244452)
   yitz@weiss.com
3  **KAPLAN WEISS LLP**
   355 South Grand Ave. Ste. 2450
4  Los Angeles, CA 90071
   Telephone: (213) 553-4500

5  Attorneys for Defendants RAPID PASADENA
   SERVICES, LLC, RAPID SAMEDAY
6  LOGISTICS, LLC, RAPID LOGISTICS
   COURIER, LLC, RAPID LOGISTICS LLC,
7  RAPID LOGISTICS, and ETAI FISHBEIN

8
   Max Fischer (SBN 226003)
9  max.fischer@morganlewis.com
   Brian Fahy (SBN 266750)
10 brian.fahy@morganlewis.com
11 **MORGAN, LEWIS & BOCKIUS LLP**
   300 South Grand Avenue, Twenty-Second Floor
12 Los Angeles, CA 90071-3132
13 Phone: (213) 612-2500
   Facsimile: (213) 612-2501
14

15 Thomas H. Severson (IL Bar No. 6321489, Pro Hac Vice)
16 tom.severson@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
17 77 West Wacker Drive, Fifth Floor
18 Chicago, IL 60601
   Phone: (312) 324-1149
19 Facsimile: (312) 324-1001
20 Attorneys for Defendants
   AMAZON LOGISTICS, INC.,
21 AMAZON.COM SERVICES, INC.,
22 AMAZON.COM SERVICES, INC.,
   AMAZON.COM, INC.,
23 AMAZON.COM SERVICES, LLC,
24 and AMAZON FULFILLMENT SERVICES, Inc.

25
26
27
28

[PROPOSED] ORDER GRANTING MOTION TO AMEND PRELIMINARY APPROVAL ORDER

2

The Court hereby makes the following orders:

1. The Court has considered and grants the relief requested in the Joint Stipulation to Amend Order Granting Preliminary Approval of Class and Representative Action Settlement (Dkt. 128-2, Ex. 1, the "Settlement Agreement").

2. Section III(E)(7) of the Settlement Agreement is revised as reflected by the highlighting below:

> **Escalator Clause.** In negotiating this Settlement, Defendants represented that there were 28,200 Workweeks collectively worked by the Class Members during the Class Period. If it is determined that the total number of Hourly Workweeks collectively worked by the Class Members during the Class Period is more than 10% greater than this figure (i.e., 31,020 Hourly Workweeks), then Defendants shall have the option to increase Fund 1 on a proportional basis to the extent the threshold is exceeded (e.g., if the total number of Hourly Workweeks was actually 11% more than 28,200, then Fund 1 will increase by one percent (1%)). Further, Defendants represent that there were 12 Salaried Subclass Members who appeared to have been paid a weekly salary for a total of ~~182~~ 280 Workweeks during the period from May 17, 2018, through November 15, 2019. If it is determined that the total number of Salaried Workweeks collectively worked by the Salaried Subclass Members is more than 10% greater than this figure (i.e., greater than ~~200.2~~ 308 Salaried Workweeks), then Defendants shall have the option to increase Fund 2 on a proportional basis to the extent the threshold is exceeded (e.g., if the total number of Salaried Workweeks was actually 11% more than ~~182~~ 280, then Fund 2 will increase by one percent (1%)). If Defendants choose not to pay the additional pro rata amount and the actual number of Hourly Workweeks or Salaried Workweeks is greater than 10% above, or does not remit payment of the increased cost of claims administration pursuant to this paragraph, Plaintiffs may rescind the Settlement on behalf of the Class. If Plaintiffs exercise this option, the Settlement will become void and unenforceable in its entirety and the Parties shall be returned to their status as if this Agreement had not been executed.

3. The Settlement Agreement otherwise remains unchanged.

IT IS SO ORDERED.

Date: August 8, 2025

_____
HON. GEORGE H. WU,
United States District Judge