UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-1053-GW-AFMx | Date | January 8, 2026 |
|---|---|---|---|
| Title | *Alexis Gomez v. Rapid Pasadena Services, LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Laura Elias | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Vartan S. Madoyan
Samantha Ortiz
Malcolm E. Clayton
Samuel D. Almon

Attorneys Present for Defendants:

Yitz E. Weiss
Eva Nofri

**PROCEEDINGS:    PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS AND PAGA ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS [141]**

The Court's Tentative Ruling on Plaintiffs' Motion [141] was issued on January 7, 2026 [146]. Based on the Tentative Ruling, and for reasons stated on the record, Plaintiffs' Motion is GRANTED. Plaintiffs are to prepare and file a proposed order consistent with the Court's ruling forthwith.

                                                                                    :    05

                                                Initials of Preparer    JG