Ramin R. Younessi, Esq. (SBN 175020)
ryounessi@younessilaw.com
Samantha L. Ortiz, Esq. (SBN 312503)
sortiz@younessilaw.com
**LAW OFFICES OF RAMIN R. YOUNESSI**
**A PROFESSIONAL LAW CORPORATION**
3435 Wilshire Boulevard, Suite 2200
Los Angeles, California 90010
Telephone: (213) 480-6200
Facsimile: (213) 480-6201
Attorneys for Plaintiff MARIO GONZALEZ and VIVIAN Y. RAMOS VALDERRAMA

Ronald W. Makarem, Esq. (SBN 180442)
makarem@law-rm.com
Samuel Almon, Esq. (SBN 243569)
almon@law-rm.com
**MAKAREM & ASSOCIATES, APLC**
11601 Wilshire Boulevard, Suite 2440
Los Angeles, California, 90025-1760
Telephone: (310) 312-0299
Facsimile: (310) 312-0296
Attorneys for Plaintiff ALEXIS GOMEZ

(Additional Counsel on following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GOMEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMAZON.COM SERVICES, INC., a Delaware Corporation, et al.,<br><br>    Defendants. | Case No. CV 21-1053-GW-AJRx<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS AND PAGA SETTLEMENT AND JUDGMENT THEREON**<br><br>Date: January 8, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Before Hon. George H. Wu, United States District Judge |

Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
Malcolm E. Clayton (State Bar No. 340680)
mclayton@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
FRANCISCO ZULETA on behalf of himself and others similarly situated.

Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
Vartan Madoyan (Cal. State Bar No. 279015)
*vartan@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
450 North Brand Blvd. Suite 900
Glendale, California 91203
Telephone: (818) 265-1020
Facsimile:   (818) 265-1021
Attorneys for Plaintiffs RONELLE SILAS and DOMINIQUE GONZALES

      The Motion for Final Approval of Class Action Settlement came before this Court, on January 8, 2026 at 8:30 a.m. in Courtroom 9D of the United States Courthouse located at 350 West 1st Street, Los Angeles, CA 90012 in the District Court for the Central District of California, the Honorable George H. Wu, presiding. The Court, having considered the papers submitted in support of the Motion, including declarations and exhibits, HEREBY ORDERS THE FOLLOWING:

      1.    On July 17, 2025, this Court entered an order preliminarily approving the settlement of this case, consistent with Federal Rules of Civil Procedure, Rule 23, ordering notice to be sent to the Class Members, providing the Class Members with an opportunity to object to the Settlement or exclude themselves from the Class, and scheduling a Final Approval Hearing. (Dkt. 138).

      2.    On August 8, 2025, this Court entered an Order Granting Motion to Amend the Preliminary Approval Order. The purpose of the amendment was to revise the Escalator Clause in the Settlement Agreement, Section III(E)(7). (Dkt. 140-4).

      3.    This Order of Final Approval and Judgment incorporates the Class Action and PAGA Settlement Agreement and Release.

      4.    The Court finds that the Class satisfies all applicable requirements of Federal Rules of Civil Procedure, Rul 23, and due process.

      5.    The following Class is conditionally certified for purposes of settlement only: all current and former non-exempt California employees of Rapid who were employed at any time from August 27, 2015 through March 15, 2021 and assisted Rapid in fulfilling its contractual obligations to Amazon. Exclude from the Class are those Rapid employees who previously released their California wage and hour claims against Defendants.

      6.    The following PAGA Members are also included in this Settlement: all those Class Members employed during the PAGA Period of July 29, 2018 through March 15, 2021 and who will be paid an Individual PAGA Payment, regardless of whether they exclude themselves from the Class Settlement.

7. The Court grants final approval of the Settlement Class based on the terms set forth in the Settlement Agreement filed herewith and this Order.

8. The terms and provisions of the Settlement Agreement have been entered into in good faith and are the product of arms-length negotiations by experienced counsel who have conducted a meaningful investigation of the claims.

9. The Settlement appears to be fair, adequate and reasonable to the Settlement Class. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final approval hearing and final approval by this Court.

10. Plaintiffs Alexis Gomez, Mario Gonzalez, Vivian Y. Ramos Valderrama, Ronnelle Silas, Dominque Gonzales, and Francisco Zuleta are approved as the Class Representatives for the Settlement Class.

11. The Proposed Class Representative Enhancement Payments of $5,000.00 payable to each of the Plaintiffs for their services is approved.

12. Makarem & Associates, APLC, Lawyers *for* Justice, PC, Law Offices of Ramin Younessi APLC, Lavi & Ebrahimian, LLP, and Law Offices of Sahag Majarian II are approved as Class Counsel.

13. The proposed award of $276,660.00 for attorneys' fees to Class Counsel based on a 29% portion of the total settlement amount of $954,000.00 is approved.

14. The requested payment of $30,710.13 for litigation costs incurred by Class Counsel is approved.

15. The Court confirms CPT Group, Inc. as the Settlement Administrator.

16. The award of $15,550.00 to CPT Group, Inc. for its settlement administration services actually incurred is approved.

17. The Court approves the allocation of $90,000 to the resolution of the claim for PAGA Penalties, of which 75% ($71,250.00) will be paid to the Labor and Workforce Development Agency and the remainder of 25% ($23,750.00) will be distributed to the Settlement Class Members that are also Aggrieved Employees.

18. Nothing in this Order and Judgment shall preclude any action to enforce the terms and provisions of the Settlement Agreement.

19. The terms and provisions of the Settlement Agreement and this Order and Judgment are binding on the Parties, the Settlement Class Members, and Aggrieved Employees.

20. The "Effective Date" means the date on which the Court approves the Settlement Agreement and the Judgment becomes Final.

21. Specifically, as to the Class Members, all Class Members who did not timely exclude themselves from the Settlement are deemed to release the Released Parties from the Released Class Claims as of the Effective Date.

22. Specifically, as to the Aggrieved Employees, all Aggrieved Employees are deemed to release the Released Parties from the Released PAGA Claims as of the Effective Date.

23. The "Released Parties" means Defendants and any of their respective former or present direct and/or indirect parents, affiliates, subsidiaries, successors, companies, divisions, officers, directors, managers, owners, members, heirs, employees, partners, shareholders, attorneys, agents, fiduciaries, assigns, insurers, investors, predecessors, executors, administrators, beneficiaries, legal representatives, or trustees.

24. The Court retains jurisdiction over the Parties and the Settlement Class Members for the administration, interpretation, effectuation and/or enforcement of the Settlement Agreement and of this Order and Judgment and for any other necessary purpose.

25. The Administrator is directed to carry out the terms of the Settlement Agreement forthwith.

26. The Court sets a Status Conference re: Final Accounting for November 12, 2026 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California. At least five (5) court days before this hearing, Plaintiffs shall file a compliance status report. The compliance status report shall specify the total amount paid

to the Class Members and residual of the uncashed settlement funds that will be paid to the California Controller's Unclaimed Property Fund.

**IT IS SO ORDERED**.

DATED: January 9, 2026

_____
HON. GEORGE H. WU,
United States District Judge